**Karen L. DAVIS, Plaintiff—Appellant,**

v.

**NAVY FEDERAL CREDIT UNION, Defendant—Appellee.**

No. 12–1485.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Karen L. Davis, Appellant Pro Se. Edward Lee Isler, Isler, Dare, Ray, Radcliffe & Connolly, PC, Vienna, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen L. Davis appeals from the district court's orders dismissing her employment discrimination complaint and amended complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Davis v. Navy Fed. Credit Union,* No. 1:11–cv–01282–JCC–TCB, 2012 WL 73233 (E.D. Va. Jan. 10, 2012) & 2012 WL 948428 (Mar. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*